IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,  No. C 13-03589 CW (PR)

    Petitioner,  JUDGMENT

  v.

PEOPLE OF THE STATE OF CALIFORNIA
and SUPERIOR COURT OF CALIFORNIA,

    Respondents.
_____/

    For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 9/30/2013

CLAUDIA WILKEN
United States District Judge